UTICA,
Aug. 1828.

M'Givney
v.
Phœnix Fire
Ins. Co.

ANONYMOUS.

QUESTION upon an appeal bond. The Court decided that the recital in an appeal bond, that the judgment in the court below was rendered before A. B., *justice of the peace*, is good, without adding *the county* of which he is a justice. The defect might be supplied by averment and proof in a suit on the bond.

An appeal bond rejecting the judgment as rendered before A. B. justice of the peace, is good, without adding the county of which he is a justice.

McGIVNEY *vs.* THE PHŒNIX FIRE INS. COMPANY.

ACTION on a policy of insurance. On the 29th October, 1825, the defendants insured the plaintiff against loss or damage by fire on a two story frame building, privileged as a grocery, and on a stable and shed adjoining, situate in the city of New-York, $2,500, and on his stock of groceries, shop, furniture and fixtures, household furniture, &c. $5000. The plaintiff was at the time, and had been for several years, in possession of the premises. About a year previous to the destruction of the property by fire, which took place in December, 1825, he had bought the lot on which the buildings were erected, and entered into a written contract with the vendor, by which it was agreed that the plaintiff should pay the vendor for the same $5000, in five yearly instalments, with interest; the title not to be conveyed until all the instalments were paid. During the year preceding the fire, he had made extensive repairs on the buildings. At the time of the fire, one year's interest had been paid. After the fire, the plaintiff surrendered his contract to the vendor. The judge at the circuit ruled that the plaintiff had an insurable interest in the premises. The jury found for the plaintiff $5,277 17. A bill of exceptions to the opinion of the

A purchaser of a house and lot, in possession under a contract, who has made a partial payment and repaired the premises, has an insurable interest.

VOL. I. 12